# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-655-RJC-DCK

| | |
|---|---|
| **CEDRIC POSTON, and KENNETH BLANCHETT,** | )<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **STERICYCLE INC., and SHRED-IT USA LLC,** | )<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) filed by Jerry H. Walters, Jr., concerning Richard W. Black, on January 14, 2021. Richard W. Black seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 15) is **GRANTED**. Richard W. Black is hereby admitted *pro hac vice* to represent Defendants.

Signed: January 14, 2021

David C. Keesler
United States Magistrate Judge