IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-655-RJC-DCK

| | |
|---|---|
| CEDRIC POSTON, and KENNETH BLANCHETT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ORDER |
| STERICYCLE INC. and SHRED-IT USA LLC, | ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Jerry H. Walters, Jr., concerning Joshua B. Waxman, on January 14, 2021. Joshua B. Waxman seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Joshua B. Waxman is hereby admitted *pro hac vice* to represent Defendants.

Signed: January 19, 2021

David C. Keesler
United States Magistrate Judge