IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-655-RJC-DCK

| | |
|---|---|
| CEDRIC POSTON, and <br> KENNETH BLANCHETT, <br><br> Plaintiffs, <br><br> v. <br><br> STERICYCLE INC., and SHRED-IT USA LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by Jerry H. Walters, Jr., concerning Meredith L. Schramm-Strosser, on February 2, 2021. Meredith L. Schramm-Strosser seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. Meredith L. Schramm-Strosser is hereby admitted *pro hac vice* to represent Defendants.

Signed: February 2, 2021

David C. Keesler
United States Magistrate Judge