IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-655-RJC-DCK

| | |
|---|---|
| PHILLIP DANIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| STERICYCLE INC., and | ) |
| SHRED-IT USA LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Stay Of Proceedings Pending Mediation" (Document No. 92) filed February 24, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Stay Of Proceedings Pending Mediation" (Document No. 92) is **GRANTED**. This matter is **STAYED** through **May 31, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement, or in the alternative, a Joint Status Report including proposed revised case deadlines, on or before **June 9, 2023**.

**SO ORDERED**.

Signed: March 2, 2023

David C. Keesler
United States Magistrate Judge