IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>STERICYCLE, INC.; and SHRED-IT USA, LLC,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)  CA No. 3:20-cv-00655-RJC-DCK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT NOTICE TO ADVISE THE COURT THE PARTIES HAVE REACHED AN AGREEMENT IN PRINCIPLE TO RESOLVE ALL INDIVIDUAL, COLLECTIVE AND CLASS-WIDE WAGE-RELATED CLAIMS AT ISSUE IN THIS LITIGATION**

NOW COME the Parties, jointly, by and through their counsel, having reached a settlement in principle, to resolve this matter in its entirety, including the remaining wage-related claims asserted by the Named Plaintiff on behalf of himself and all others alleged to be similarly situated during the relevant time period, including the FLSA Opt-in Plaintiffs and members of the putative Rule 23 Class, pursuant to the Fair Labor Standards Act ("FLSA"), the North Carolina Wage and Hour Act ("NCWHA") and Rule 23 of the Federal Rules of Civil Procedure. The Parties' agreement in principle is contingent upon reaching a final agreement on all material terms of settlement and the memorialization of those terms to a formal settlement agreement that the Parties will begin negotiating immediately. Named Plaintiff currently anticipates filing an Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents to the Court, within thirty (30) days from the date of this filing, or no later than July 10, 2023.

Respectfully submitted this June 9, 2023.

| | |
|---|---|
| */s/ Gilda Adriana Hernandez* | */s/ Jerry H. Walters, Jr.* |
| Gilda A. Hernandez, N.C. Bar No. 36812<br>Matthew D. Wright, N.C. Bar No. 58306<br>**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**<br>1020 Southhill Dr., Ste. 130<br>Cary, NC 27513<br>Tel: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br>mwright@gildahernandezlaw.com<br><br>*Attorneys for Plaintiffs* | Jerry H. Walters, Jr., N.C. Bar No. 23319<br>**LITTLER MENDELSON, P.C.**<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 4150<br>Charlotte, NC 28202<br>Tel.: 704.972.7000<br>Fax: 704.333.4005<br>jwalters@littler.com<br><br>Richard W. Black (*admitted pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>3424 Peachtree Road NE, Suite 1200<br>Atlanta, GA 30326<br>Tel.: 404.233.0330<br>Fax: 404.233.2361<br>rblack@littler.com<br><br>Joshua B. Waxman (*admitted pro hac vice*)<br>Meredith L. Schramm-Strosser (*admitted pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>815 Connecticut Ave NW, Suite 400<br>Washington, DC 20006<br>Tel.: 202.842.3400<br>Fax: 202.842.0011<br>jwaxman@littler.com<br>mschramm-strosser@littler.com<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE TO ADVISE THE COURT THE PARTIES HAVE REACHED AN AGREEMENT IN PRINCIPLE TO RESOLVE ALL INDIVIDUAL, COLLECTIVE, AND CLASS-WIDE WAGE-RELATED CLAIMS AT ISSUE IN THIS LITIGATION** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jerry H. Walters, Jr., N.C. Bar No. 23319
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Tel.: 704.972.7000
Fax: 704.333.4005
jwalters@littler.com

Richard W. Black (*admitted pro hac vice*)
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361
rblack@littler.com

Joshua B. Waxman (*admitted pro hac vice*)
Meredith L. Schramm-Strosser (*admitted pro hac vice*)
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
Tel.: 202.842.3400
Fax: 202.842.0011
jwaxman@littler.com
mschramm-strosser@littler.com

*Attorneys for Defendants*

    */s/ Gilda Adriana Hernandez*
    Gilda A. Hernandez, N.C. Bar No. 36812
    Matthew D. Wright, N.C. Bar No. 58306
    **THE LAW OFFICES OF GILDA A.**

HERNANDEZ, PLLC
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com

*Attorneys for Plaintiffs*