IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated, </br></br>*Plaintiffs,* </br></br>v. </br></br>STERICYCLE, INC.; and SHRED-IT USA, LLC, </br></br>*Defendants*. | ) ) ) ) ) ) CA No. 3:20-cv-00655-RJC-DCK ) ) ) ) ) ) ) |

**JOINT NOTICE TO ADVISE THE COURT OF STATUS OF SETTLEMENT AND TO REQUEST ADDITIONAL TIME TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**

NOW COME the Parties, jointly, by and through their counsel, having reached a settlement in principle, to resolve this matter in its entirety, as noted in the Parties' Joint Notice filed on June 9, 2023 (Dkt. No. 94).

WHEREAS, in their earlier Joint Notice, the Parties indicated that they anticipated that an "Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents" would be filed "within thirty (30) days from the date of this filing, or no later than July 10, 2023." (Dkt. No. 94).

WHEREAS, at the time the Parties filed their earlier Joint Notice, the Court noted on the ECF docket that "*Agreement for entry of judgment or a stipulation of dismissal to be filed within 30 days or the court may dismiss the case without prejudice.*" (Dkt. No. 94)

WHEREAS, since the filing of the earlier Joint Notice, the Parties and their counsel have been working diligently and productively to reach final agreement on all material terms of settlement and to memorialize those terms in a formal settlement agreement. However, given the nature of this class

and collective action settlement, the Parties require additional time to do so.

WHEREAS, the Parties respectfully request that the Court permit them until **Monday, July 31, 2023** to file the Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents.

Respectfully submitted this July 7, 2023.

| | |
|---|---|
| */s/ Gilda Adriana Hernandez* | */s/ Jerry H. Walters, Jr.* |
| Gilda A. Hernandez, N.C. Bar No. 36812<br>Matthew D. Wright, N.C. Bar No. 58306<br>**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**<br>1020 Southhill Dr., Ste. 130<br>Cary, NC 27513<br>Tel: (919) 741-8693<br>Fax: (919) 869-1853<br>ghernandez@gildahernandezlaw.com<br>mwright@gildahernandezlaw.com<br><br>*Attorneys for Plaintiffs* | Jerry H. Walters, Jr., N.C. Bar No. 23319<br>**LITTLER MENDELSON, P.C.**<br>Bank of America Corporate Center<br>100 North Tryon Street, Suite 4150<br>Charlotte, NC 28202<br>Tel.: 704.972.7000<br>Fax: 704.333.4005<br>jwalters@littler.com<br><br>Richard W. Black (*admitted pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>3424 Peachtree Road NE, Suite 1200<br>Atlanta, GA 30326<br>Tel.: 404.233.0330<br>Fax: 404.233.2361<br>rblack@littler.com<br><br>Joshua B. Waxman (*admitted pro hac vice*)<br>Meredith L. Schramm-Strosser (*admitted pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>815 Connecticut Ave NW, Suite 400<br>Washington, DC 20006<br>Tel.: 202.842.3400<br>Fax: 202.842.0011<br>jwaxman@littler.com<br>mschramm-strosser@littler.com<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I electronically filed the foregoing true and accurate copy of the **JOINT NOTICE TO ADVISE THE COURT OF STATUS OF SETTLEMENT AND TO REQUEST ADDITIONAL TIME TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jerry H. Walters, Jr., N.C. Bar No. 23319
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC  28202
Tel.: 704.972.7000
Fax: 704.333.4005
jwalters@littler.com

Richard W. Black (*admitted pro hac vice*)
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361
rblack@littler.com

Joshua B. Waxman (*admitted pro hac vice*)
Meredith L. Schramm-Strosser (*admitted pro hac vice*)
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
Tel.: 202.842.3400
Fax: 202.842.0011
jwaxman@littler.com
mschramm-strosser@littler.com

*Attorneys for Defendants*

/s/ Gilda Adriana Hernandez
Gilda A. Hernandez, N.C. Bar No. 36812
Matthew D. Wright, N.C. Bar No. 58306
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130

Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
mwright@gildahernandezlaw.com

*Attorneys for Plaintiffs*