IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CA NO.: 3:20-cv-00655-RJC-DCK

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated, )<br><br>*Plaintiffs,* )<br><br>v. )<br><br>STERICYCLE, INC.; and SHRED-IT USA, LLC, )<br><br>*Defendants.* ) | **[PROPOSED] ORDER** |

This matter having come before this Court on Plaintiff's Unopposed Motion for Extension of Time to File Unopposed Motion for Preliminary Approval of Settlement and Notice to Advise the Court of Status of Settlement; and

It appearing to this Court that good cause exists for the granting of said motion; that said motion be allowed; and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that the time for Plaintiff to file the Unopposed Motion for Preliminary Approval of Class-Wide Settlement, Proposed Settlement Agreement, and all other related documents is extended up to and including July 31, 2023.

This the _____ day of July 2023.

_____
HONORABLE JUDGE ROBERT J. CONRAD
UNITED STATES DISTRICT JUDGE