IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CA No. 3:20-cv-00655-RJC-DCK

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | )<br>) |
| STERICYCLE INC.; and SHRED-IT USA LLC | )<br>)<br>) |
| *Defendants*. | ) |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SERVICE PAYMENT

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Service Payment ("Motion for Service Payment") and the Declaration of Gilda Adriana Hernandez in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class and Collective Action Settlement; Preliminary Approval of Attorneys' Fees and Reimbursement of Costs and Expenses, and Preliminary Approval of Service Payment ("GAH Decl.") (Dkts. 108, 110), and consistent with the terms of the Parties' Joint Stipulation of Class and Collective Action Settlement and Release of Claims ("Settlement Agreement"), Plaintiff Phillip Daniel respectfully requests that the Court enter an Order preliminarily approving a Service Payment to Named Plaintiff Phillip Daniel in an amount up to $15,000, to be paid from the Maximum Gross Settlement Amount in accordance with the terms of the Settlement Agreement, in recognition of the services he rendered on behalf of the FLSA Opt-In Plaintiffs and Putative Rule 23 Settlement Class Members (as those terms are defined in the Settlement Agreement), should the proposed Settlement Agreement receive final approval and become effective.

Counsel for Plaintiff have conferred with counsel for Defendants Stericycle Inc. and Shred-it USA, LLC ("Defendants") and, consistent with the Settlement Agreement, which has been presented to the Court for preliminary approval, Defendants do not oppose the instant motion for purposes of settlement.

Respectfully submitted, this August 31, 2023.

/s/*Gilda A. Hernandez*
Gilda A. Hernandez (NCSB No. 36812)
Hannah B. Simmon (NCSB No. 59579)
**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Drive, Suite 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2023, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SERVICE PAYMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jerry H. Walters, Jr., N.C. Bar No. 23319
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Tel.: 704.972.7000
Fax: 704.333.4005
jwalters@littler.com

Richard W. Black *(admitted pro hac vice)*
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361
rblack@littler.com

Joshua B. Waxman *(admitted pro hac vice)*
Meredith L. Schramm-Strosser *(admitted pro hac vice)*
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
Tel.: 202.842.3400
Fax: 202.842.0011
jwaxman@littler.com
mschramm-strosser@littler.com
*Attorneys for Defendants Stericycle Inc. and Shred-it USA LLC*

                                                    /s/ *Gilda A. Hernandez*
                                                    Gilda A. Hernandez (NCSB No. 36812)
                                                    Hannah B. Simmons (NCSB No. 59579)
                                                    **THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
                                                    1020 Southhill Drive, Suite 130
                                                    Cary, NC 27513
                                                    Tel: (919) 741-8693
                                                    Fax: (919) 869-1853
                                                    ghernandez@gildahernandezlaw.com
                                                    hsimmons@gildahernandezlaw.com
                                                    *Attorneys for Plaintiff*