UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00655-RJC-DCK

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>STERICYCLE, INC. and SHRED-IT USA, LLC,<br><br>   Defendants. | <u>ORDER</u> |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Service Payment. (Doc. No. 108). The Court has considered the pleadings and the record. Accordingly, Plaintiff's Motion is **GRANTED**.

To the extent that the proposed settlement receives final approval, the approved Service Payment (as defined in the parties' Settlement Agreement, (Doc. No. 105-1)) to be paid from the Maximum Gross Settlement Amount in accordance with the terms of the Settlement Agreement is as follows:

1. A Service Payment to Named Plaintiff Phillip Daniel in the amount of $15,000.00.

  **IT IS SO ORDERED**.

Signed: June 10, 2024

_Robert J. Conrad, Jr._
Robert J. Conrad, Jr.
United States District Judge

1