# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:20-cv-00655-RJC-DCK

| | | |
|---|---|---|
| **PHILLIP DANIEL, on behalf of himself and all others similarly situated,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **ORDER** |
| **v.** | ) ) | |
| **STERICYCLE, INC. and SHRED-IT USA, LLC,** | ) ) ) | |
| **Defendants.** | ) ) | |

**THIS MATTER** is before the Court on Plaintiff's Unopposed Motion for Attorney Fees and Reimbursement of Costs and Expenses. (Doc. No. 106). The Court has considered the representations of Plaintiff's counsel, the pleadings, and the record. Accordingly, Plaintiff's Motion is **GRANTED**.

To the extent that the proposed settlement receives final approval, the approved Class Counsel's Fees, Costs, and Expenses Payment (as defined in the parties' Settlement Agreement, (Doc. No. 105-1)) to be paid from the Maximum Gross Settlement Amount in accordance with the terms of the Settlement Agreement are as follows:

1.   Plaintiff's counsel are preliminarily awarded attorneys' fees in the amount equal to one-third of the Maximum Gross Settlement Amount ($241,666.67); and

2.   Plaintiff's Counsel are preliminarily awarded litigation costs and expenses

in the amount of $20,000.00.

**IT IS SO ORDERED**.

Signed: June 10, 2024

Robert J. Conrad, Jr.
United States District Judge