IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CA No. 3:20-cv-00655-RJC-DCK

| | |
|---|---|
| PHILLIP DANIEL, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STERICYCLE, INC., and SHRED-IT USA, LLC,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE COLLECTIVE AND CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of the Proposed Class and Collective Action Settlement ("Final Approval Motion"), Plaintiff respectfully requests the Court enter an Order:

(1) Granting final approval of the Parties' Revised Settlement Agreement of Class and Collective Action and Release of Claims (Dkt. 105-1), including the class action settlement pursuant to Fed. R. Civ. P. 23 and the Fair Labor Standards Act (FLSA) collective action settlement contained therein; and

(2) Granting any other relief the Court deems just and proper.

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto, for the Court's convenience.

Respectfully submitted this September 19, 2024

*/s/ Gilda Adriana Hernandez*
Gilda A. Hernandez (NCSB No.: 36812)
Hannah B. Simmons (NCSB No.: 59570)
Matthew S. Marlowe (NCSB No.: 60035)

**THE LAW OFFICES OF GILDA A. HERNANDEZ, PLLC**
1020 Southhill Dr., Ste. 130
Cary, NC 27513
Tel: (919) 741-8693
Fax: (919) 869-1853
ghernandez@gildahernandezlaw.com
hsimmons@gildahernandezlaw.com
mmarlowe@gildahernandezlaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on September 19, 2024, I electronically filed the foregoing true and accurate copy of **PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT** with the Court using the CM/ECF system, and have thereby electronically served the document to the following:

Jerry H. Walters, Jr., N.C. Bar No. 23319
**LITTLER MENDELSON, P.C.**
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC 28202
Tel.: 704.972.7000
Fax: 704.333.4005
jwalters@littler.com

Richard W. Black *(admitted pro hac vice)*
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road NE, Suite 1200
Atlanta, GA 30326
Tel.: 404.233.0330
Fax: 404.233.2361
rblack@littler.com

Joshua B. Waxman *(admitted pro hac vice)*
Meredith L. Schramm-Strosser *(admitted pro hac vice)*
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
Tel.: 202.842.3400
Fax: 202.842.0011
jwaxman@littler.com
mschramm-strosser@littler.com
*Attorneys for Defendants*

                    */s/ Gilda Adriana Hernandez*
                    Gilda A. Hernandez (NCSB No.: 36812)
                    Hannah B. Simmons (NCSB No.: 59570)
                    Matthew S. Marlowe (NCSB No.: 60035)
                    **THE LAW OFFICES OF GILDA A.**
                    **HERNANDEZ, PLLC**
                    1020 Southhill Dr., Ste. 130
                    Cary, NC 27513
                    Tel: (919) 741-8693
                    Fax: (919) 869-1853
                    ghernandez@gildahernandezlaw.com
                    hsimmons@gildahernandezlaw.com

mmarlowe@gildahernandezlaw.com
*Attorneys for Plaintiff*